MARIE RIGOLETTI, APPELLANT-PETITIONER, v. TOWN-
SHIP COMMITTEE OF THE TOWNSHIP OF WAYNE, *ET
AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. David & Albert L. Cohn* and *Mr. Daniel Crystal*
for the petitioner.

*Mr. Arthur J. Sills, Mr. Herbert S. Alterman, Mr. Peter J.
Van Norde* and *Mr. John F. Evers* for the respondents.

January 15, 1963.   Denied.

FLORENCE LeFELT, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
AETNA INSURANCE COMPANY, *ET AL.*, DEFENDANTS-
PETITIONERS.

See same case below: *LeFelt v. Nasarow, 76 N. J. Super.*
576.

*Messrs. Stalter, Doan & DeYoe, Mr. James H. McLeod* and
*Mr. Aaron Dines* for the petitioners.

*Mr. Archie Elkins* and *Mr. Robert A. Elkins* for the re-
spondents.

January 15, 1963.   Denied.